UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN PAIN MANAGEMENT, LLC,

        Plaintiff,

                                  Case No. 17-CV-10954

vs.

                                  HON. GEORGE CARAM STEEH

ESURANCE INSURANCE CO.,

        Defendant.

_____/

J U D G M E N T

      The above entitled matter has come before the court on defendant's motion to dismiss, and in accordance with the court's order granting that motion entered this date,

      IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

                               DAVID J. WEAVER
                               CLERK OF THE COURT

                  By:   s/Marcia Beauchemin
                             Deputy Clerk

Dated: August 29, 2017
      Detroit, Michigan

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 29, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk